# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Julio Adrian Salgado-Melendez   **PRINCIPAL**
       YOB: 1988
United States

## CRIMINAL COMPLAINT

Case Number: M-18-2648-M

United States District Court
Southern District of Texas
**FILED**
DEC 26 2018

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 24, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Marinthia Delgado-Chapa, a national of Mexico and undocumented alien, who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said alien in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest in Los Ebanos, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On December 24, 2018, a camera operator (A1) observed an inflatable raft in the Rio Grande River, approaching the United States (U.S.) riverbank in Los Ebanos, Texas. The raft was occupied by a male and female subject and was observed making landfall on the U.S. riverbank.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Approved LAURA GARCIA

_Signature of Complainant_

**Gerardo Montalvo    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**December 26, 2018**
Date

at **McAllen, Texas**
City and State

**J Scott Hacker , U. S. Magistrate Judge**
Name and Title of Judicial Officer

_Signature of Judicial Officer_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18-2648-M

RE:   Julio Adrian Salgado-Melendez

**CONTINUATION:**

Shortly after, the female was seen running north, through a private property frequently used by alien smugglers, towards two parked pick-up trucks near the river. The female ran into a brown pick-up truck, which had the passenger door open. Two male subjects were standing behind the brown truck; one of the subjects approached the passenger side and appeared to be communicating with the female. Moments later, both vehicles traveled away from the river towards the exit of the ranch.

Agents responded to the area and approached the male subjects whom were standing by the opened gate, about to exit the ranch. The driver of the brown truck was identified as Julio Adrian Salgado-Melendez, a United States Citizen. Agents observed a female whom appeared to look nervous and engaged her in a conversation, after talking to the female, she admitted to entering the U.S. illegally. The female was identified as Marinthia Delgado-Chapa, a citizen of Mexico.

Salgado and Delgado were placed under arrest and transported to the Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**
Julio Adrian Salgado-Melendez was advised of his Miranda Rights and agreed to provide a sworn statement without an attorney.

Salgado stated he was in a private ranch that he had access to. Salgado stated that he is aware the ranch is well known for smuggling. Salgado stated that as he was driving his vehicle near the river, he saw a woman come out of the brush and ask him for a ride. Salgado stated that although he knew it was illegal to transport her, he decided to give her a ride.

**MATERIAL WITNESS STATEMENT:**
Marinthia Delgado-Chapa was read her Miranda Rights and agreed to provide a sworn statement.

Delgado, a citizen of Mexico, stated she agreed to pay a smuggler $1,800 USD for her smuggling arrangements. Delgado stated she crossed the river alone with one male foot-guide on a raft. Delgado stated the guide was using her cell phone to communicate with the person who was supposed to pick her up. Once they were on the riverbank, the guide told Delgado the pickup location was going to be just north of them. The guide instructed Delgado to run and a vehicle would pick her up. Delgado stated she ran and entered a brown pickup truck with the passenger door open. She then asked a male, later identified as Salgado, if he could get her out of the area, to which he agreed.